# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Nylene M. Casher**                 **BK NO. 22-01601 MJC**
       **James Paul Casher**

                 **Debtor(s)**                      **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

                                               Respectfully submitted,

                                             /s/ **Rebecca Solarz**
                                             Rebecca Solarz
                                             01 Sep 2022, 09:51:26, EDT

                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             215-627-1322