United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01601-MJC |
| James Paul Casher | Chapter 13 |
| Nylene M. Casher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 26, 2022 | Form ID: ntcnfhrg | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Paul Casher, Nylene M. Casher, 193 Sunset Circle, Tioga, PA 16946-9761 |
| 5492109 | + | Bath Credit Services, 12 Liberty Street, Bath, NY 14810-1507 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 26 2022 18:42:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5492110 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 26 2022 18:34:00 | BSI Financial Services, 314 South Franklin Street, Titusville, PA 16354-2168 |
| 5492111 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2022 18:34:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034-8316 |
| 5492112 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 26 2022 18:35:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5492113 | + | Email/Text: bankruptcy@sccompanies.com | Sep 26 2022 18:34:00 | Dr. Leonard's, PO Box 7823, Edison, NJ 08818-7823 |
| 5492114 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2022 18:34:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5492490 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:18 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5495302 | + | Email/Text: camanagement@mtb.com | Sep 26 2022 18:34:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5496655 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2022 18:42:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5492115 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2022 18:42:14 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5492116 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 18:34:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5494501 | | Email/PDF: cbp@onemainfinancial.com | Sep 26 2022 18:42:21 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5492117 | | Email/PDF: cbp@onemainfinancial.com | Sep 26 2022 18:42:15 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5492118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 18:42:14 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5492915 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:22 | Pinnacle Credit Services, LLC, Resurgent Capital |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492119 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2022 18:42:14 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492120 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Sep 26 2022 18:35:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5492153 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 26 2022 18:42:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nylene M. Casher pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 James Paul Casher pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Paul Casher,<br>**Debtor 1**<br><br>Nylene M. Casher,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:22−bk−01601−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 25, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov | Date: November 1, 2022<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2022 |

ntcnfhrg (08/21)