# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nylene M. Casher<br>James Paul Casher<br>　　　　　　　　　　　Debtor(s)<br><br>Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1<br>　　　　　　　　　　　Movant<br>vs.<br><br>Nylene M. Casher<br>James Paul Casher<br>　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　Trustee | BK NO. 22-01601 MJC<br><br>Chapter 13<br><br>Related to Claim No. N/A |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 5, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Nylene M. Casher
193 Sunset Circle
Tioga, PA 16946

James Paul Casher
193 Sunset Circle
Tioga, PA 16946

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com