# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: James Paul Casher and Nylene M. Casher | Chapter: 13 |
| | Bankruptcy No.: 22-01601 MJC |
| Debtors | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                        Movant

                       vs.

James Paul Casher and Nylene M. Casher

                        Debtors

                      and

Jack N Zaharopoulos

                        Trustee

                    RESPONDENTS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtors, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

<u>MAIL TO:</u>
115 West Avenue, Suite 104
Jenkintown, PA 19046

Respectfully submitted,

 /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

Dated: October 6, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: James Paul Casher and Nylene M. Casher | Chapter: 13 |
| | Bankruptcy No.: 22-01601 MJC |
| Debtors | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                Movant

    vs.

James Paul Casher and Nylene M. Casher

                Debtors

    and

Jack N Zaharopoulos

                Trustee

             RESPONDENTS

**CERTIFICATE OF SERVICE**

    I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: 10/06/2022

Jack N Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

James Paul Casher
193 Sunset Circle
Tioga, PA 16946

Nylene M. Casher
193 Sunset Circle
Tioga, PA 16946

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

  I hereby certify the foregoing to be true and correct under penalty of perjury.

                Respectfully submitted,

                /s/ Michael Clark
                Richard M. Squire, Esq.
                M. Troy Freedman, Esq.
                Michael J. Clark, Esq.
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                mclark@squirelaw.com

01854-2/22

Case 4:22-bk-01601-MJC Doc 24 Filed 10/06/22 Entered 10/06/22 16:16:41 Desc
Main Document  Page 3 of 3