# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Paul Casher,

**Debtor 1**

Nylene M. Casher,

**Debtor 2**

Chapter 13

Case No. 4:22–bk–01601–MJC

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on August 26, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 1, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James Paul Casher<br>**Debtor 1**<br>Nylene M. Casher<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 4:22-BK-01601-MJC<br><br>**Matter:** Order Confirming Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, November 3, 2022, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:22-bk-01601-MJC<br>Middle District of Pennsylvania<br>Williamsport<br>Thu Nov  3 13:24:56 EDT 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>197 S Main St,Wilkes-Barre PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101 |
| BSI Financial Services<br>314 South Franklin Street<br>Titusville, PA 16354-2168 | Bath Credit Services<br>12 Liberty Street<br>Bath, NY 14810-1507 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| Credit Collection Services<br>725 Canton Street<br>PO Box 607<br>Norwood, MA 02062-0607 | Dr. Leonard's<br>PO Box 7823<br>Edison, NJ 08818-7823 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>PO Box 939069<br>San Diego, CA 92193-9069 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| OneMain Financial<br>601 NW 2nd Street<br>PO Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management, LLC<br>d/b/a Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Michael J. Clark, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| James Paul Casher<br>193 Sunset Circle<br>Tioga, PA 16946-9761 | Nylene M. Casher<br>193 Sunset Circle<br>Tioga, PA 16946-9761 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, MI 48034-8316

Jefferson Capital Systems, LLC
16 Mcleland Road
PO Box 7999
Saint Cloud, MN 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Savings Fund Society, FSB, d/b/

(u)Wilmington Trust, National Association not

(d)Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32