IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 4:22-bk-01601-MJC |
| | ) | |
| James Paul Casher | ) | Chapter 13 |
| Nylene M. Casher | ) | |
| | ) | |
| Debtor(s) | ) | |

## REQUEST FOR NOTICES

NOW COMES Cadles of West Virginia LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

Cadles of West Virginia LLC
Attention: 0A620053
100 North Center Street
Newton Falls, OH 44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: August 20, 2024

By: /s/ Doug Harrah
Doug Harrah, Account Officer
100 North Center Street
Newton Falls, OH 44444
Phone: 330-872-0918, Ext. 3159
doug.harrah@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILLIAMSPORT DIVISION

| | |
|---|---|
| In re: | Case No. 4:22-bk-01601-MJC |
| James Paul Casher<br>Nylene M. Casher | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Request for Notices was deposited in the United States mail, first class, postage prepaid, on August 20, 2024, unless notified electronically via the Notice of Filing, addressed to the following:

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Paul Donald Murphy-Ahles, Esq.
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

/s/ *Jennifer Hoffstetter*
Jennifer Hoffstetter, Bankruptcy Secretary