UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:  
**James Paul Casher,**  
**Nylene M. Casher,**  
**Debtors.**

CASE NO.: 4:22-bk-01601-MJC  
CHAPTER 13

/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 ("Secured Creditor"), the undersigned hereby withdraws the following documents:

**Notice of Mortgage Payment Change filed under Claim 10-1 on October 11, 2023.**
**Notice of Mortgage Payment Change filed under Claim 10-1 on August 2, 2024.**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404) 393-1425

By: _\S\ Michelle L. McGowan
mimcgowan@raslg.com

4:22-bk-01601-MJC
CASHER, JAMES
Notice of Withdrawal
Page1

Case 4:22-bk-01601-MJC   Doc 34   Filed 08/23/24   Entered 08/23/24 12:04:40   Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___8/23/2024___, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James Paul Casher
193 Sunset Circle
Tioga, PA 16946

Nylene M. Casher
193 Sunset Circle
Tioga, PA 16946

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Attorney for Secured Creditor
                                             13010 Morris Rd., Suite 450
                                             Alpharetta, GA 30004
                                             Telephone: 470-321-7112
                                             Facsimile: 404) 393-1425

                                             By: _\S\ Michelle L. McGowan
                                                       mimcgowan@raslg.com

4:22-bk-01601-MJC
CASHER, JAMES
Notice of Withdrawal
Page2

Case 4:22-bk-01601-MJC    Doc 34    Filed 08/23/24    Entered 08/23/24 12:04:40    Desc
Main Document    Page 2 of 2