UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JAMES PAUL CASHER<br>NYLENE M. CASHER | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 4-22-01601-MJC |
| | Movant | |
| vs. | | |
| | JAMES PAUL CASHER<br>NYLENE M. CASHER | |

## CERTIFICATION OF DEFAULT

AND NOW, on August 18, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that Debtor(s) have not complied with the Order filed July 29, 2025 as docket entry # 44.

WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JAMES PAUL CASHER  CHAPTER 13
        NYLENE M. CASHER

                Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 4-22-01601-MJC
CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 18, 2025, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

Served Electronically
PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA  17011-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
JAMES PAUL CASHER
NYLENE M. CASHER
193 SUNSET CIRCLE
TIOGA  PA  16946

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 18, 2025                /s/  Ashley Schott
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com