UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:                                    CASE NO.: 4:22-bk-01601-MJC
                                                        CHAPTER 13

**James Paul Casher,**
    Debtor.

**Nylene M. Casher,**
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF OSAT TRUST 2021-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Robert Shearer
    Robert Shearer
    Email: rshearer@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES PAUL CASHER
193 SUNSET CIRCLE
TIOGA , PA 16946

NYLENE M. CASHER
193 SUNSET CIRCLE
TIOGA , PA 16946

And via electronic mail to:

DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com