United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Paul Casher  
Nylene M. Casher  
    Debtors

Case No. 22-01601-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 22, 2025      Form ID: pdf010      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Paul Casher, Nylene M. Casher, 193 Sunset Circle, Tioga, PA 16946-9761 |
| 5492109 | + | Bath Credit Services, 12 Liberty Street, Bath, NY 14810-1507 |
| 5499959 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 18:42:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 18:36:00 | Wilmington Trust, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5492110 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 22 2025 18:36:00 | BSI Financial Services, 314 South Franklin Street, Titusville, PA 16354-2146 |
| 5492111 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2025 18:36:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034-8316 |
| 5646475 | + | Email/Text: gocadle@cadleco.com | Aug 22 2025 18:36:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5646476 | + | Email/Text: gocadle@cadleco.com | Aug 22 2025 18:36:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444, Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5492112 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 22 2025 18:36:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5492113 | + | Email/Text: bankruptcy@sccompanies.com | Aug 22 2025 18:36:00 | Dr. Leonard's, PO Box 7823, Edison, NJ 08818-7823 |
| 5492114 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 18:36:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5492490 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:40 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5495302 | + | Email/Text: camanagement@mtb.com | Aug 22 2025 18:36:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5496655 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2025 18:42:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5492115 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2025 18:42:35 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5492116 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 18:36:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5494501 | | Email/PDF: cbp@omf.com | Aug 22 2025 18:42:39 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5492117 | | Email/PDF: cbp@omf.com | Aug 22 2025 18:42:40 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5502241 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 18:42:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5492118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 18:42:45 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5492915 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492119 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:35 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492120 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 22 2025 18:36:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5492153 | ^ | MEBN | Aug 22 2025 18:34:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503524 | | Email/Text: BNCnotices@dcmservices.com | Aug 22 2025 18:36:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5503525 | | Email/Text: BNCnotices@dcmservices.com | Aug 22 2025 18:36:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5504961 | ^ | MEBN | Aug 22 2025 18:33:46 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Statebridge Company, LLC, 6061 S. Willow Drive, Greenwood Village, CO 80111-5140 |
| 5734972 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 18:36:00 | Wilmington Trust, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5646477 | *+ | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5500943 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michael J Clark | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III pabk@logs.com |
| Michelle McGowan | on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 mimcgowan@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nylene M. Casher pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 James Paul Casher pmurphy@dplglaw.com kgreene@dplglaw.com |
| Robert Shearer | on behalf of Creditor Wilmington Trust National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| James Paul Casher | | Chapter: 13 |
| | Debtor 1 | Case No.: 4:22-bk-01601-MJC |
| Nylene M. Casher | Debtor 2 | |
| Jack N. Zaharopoulos Chapter 13 Trustee vs. | Movant(s) | |
| James Paul Casher Nylene M. Casher | Respondent(s) | |

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 45, certifying that a Stipulation was not filed, pursuant to Order entered July 29, 2025, Doc. 44 ("Order"), in respect to the Trustee's Motion to Dismiss Case for Material Default, Doc. 42, and Debtors failing to comply with the Order,

**IT IS ORDERED** that the above-captioned case of the Debtors be and it hereby is **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 22, 2025